of his appeal. *Giovanni Folcarelli,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendants.

APPEAL No. 75-48. ROLAND J. ASSELIN *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Defendant is hereby ordered to Show Cause why the appeal in the above-entitled matter should not be dismissed because of lack of jurisdiction. *Savings Bank of Newport* v. *Hawksley,* 103 R. I. 741, 241 A.2d 806 (1968); *Clark* v. *Fascio,* 106 R. I. 751, 264 A.2d 317 (1970). Defendant has twenty days from the date of this order to submit a memorandum in support of its appeal. *Anthony A. Cipriano,* for plaintiff. *Julius C. Michaelson,* Attorney General, *George H. Egan,* Special Asst. Attorney General, for defendant.

February 27, 1975.

M. P. No. 75-28. MARIANO BUCOLO *v.* ZONING BOARD OF REVIEW *et al.* Petition for writ of certiorari is granted. *Anthony R. Berretto,* for plaintiff-respondent. *Butterfield, Miller & Fuyat, John E. Fuyat, Joseph G. Miller,* for defendant-petitioner James Rossi, Inc.

M. P. No. 75-38. THOMAS J. BORROMEO *v.* THE PERSONNEL BOARD OF THE TOWN OF BRISTOL. Petition for writ of certiorari granted. *Pasquale T. Annarummo,* for petitioner. *Emilio D. Iannuccillo,* Town Solicitor, for respondent.

APPEAL No. 74-143. CHESTER W. GREENHALGH *v.* EDWARD MORETTI *et al.* Motion of appellee, Chester W. Greenhalgh, to dismiss the appeal for failure of the defendant-appellant to file his brief is granted. *Howard I. Lipsey,* for appellee. *John H. McHugh,* for appellants.

APPEAL No. 74-226. THOMAS R. MERLINO *et al.* *v.* TAX ASSESSORS FOR THE TOWN OF NORTH PROVIDENCE. Motion of appellants to supplement their brief is granted. *Norman L. Grant,* for appellants. *Robert S. Ciresi, Louis Baruch Rubinstein,* for appellees.